United States District Court
Southern District of Texas
**ENTERED**
September 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPENCER RIVAS PEREZ, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-03484 |
| | § § | |
| OCWEN LOAN SERVICING, LLC, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation (Doc. #48), Defendants' Objections (Doc. #56), and Plaintiff's Response (Doc. #57). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order. Accordingly, Defendants' Motion for Summary Judgment (Doc. #26) is GRANTED in PART and DENIED in PART, and Plaintiff's Motion for Partial Summary Judgment (Doc. #29) is DENIED.

It is so ORDERED.

SEP 1 6 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge